# EXHIBIT R

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:  ZYPREXA PRODUCTS                    MDL No. 1596 (JBW)
        LIABILITY LITIGATION

-----------------------------------------------------------------x
THIS DOCUMENT APPLIES TO:
ALL CASES

## CASE MANAGEMENT ORDER No. 14
### (Discovery and Pre-trial Schedule)

In light of the Court-ordered date of November 17, 2006 for the hearing of summary judgment and *Daubert* motions, and the Court-ordered date of January 22, 2007, for the trial of cases filed and currently pending in the Eastern District of New York, and following consultations between representatives of the Plaintiffs Steering Committee ("PSC") and counsel for Eli Lilly and Company ("Lilly"), and following conferences in person and by telephone with counsel for the parties and Special Discovery Master Peter H. Woodin, and having considered various written submissions of the parties, IT IS HEREBY ORDERED:

### Discovery Schedule leading to *Daubert* and Summary Judgment Hearings

1. Fact Discovery shall be completed by August 18, 2006.

2. Plaintiffs' and Defendant's Rule 26 general and case specific liability expert reports shall be filed on or before September 1, 2006.

3. Plaintiffs' and Defendant's rebuttal expert reports shall be filed on or before September 15, 2006.

4. Deposition of experts shall completed by October 13, 2006.

5. *Daubert* and Summary Judgment Motions shall be filed on or before October 20, 2006, and made returnable November 17, 2006.

6. Responses to *Daubert* and Summary Judgment Motions shall be filed on or before November 3, 2006.

7. Replies to *Daubert* and Summary Judgment Motions shall be filed on or before November 10, 2006.

8. As ordered by the Court, hearing on *Daubert* and Summary Judgment Motions shall be held November 17, 2006.

### Pre-trial Schedule – Cases Filed and Pending in the Eastern District of New York

9. Plaintiffs' and Defendant's witness lists, exhibit lists, and deposition designations shall be filed by January 8, 2007.

10. Plaintiffs' and Defendant's counter-designations shall be filed by January 16, 2007.

11. Motions in *Limine* shall be filed by January 16, 2007.

12. As ordered by the Court, trial is scheduled to begin January 22, 2007.

Dated: New York, New York
May 1, 2006

Peter H. Woodin
Special Discovery Master