# EXHIBIT U

```
                                          FILED
                                    IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT    U.S. DISTRICT COURT, E.D.N.Y.
EASTERN DISTRICT OF NEW YORK
-------------------------------------X ★  JAN 1 1 2005  ★

                                        BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION                    ORDER
                                          04 MD 1596 (JBW)


-------------------------------------X
```

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                    s/Jack B. Weinstein
                                                  JACK B. WEINSTEIN
                                        SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05