IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MATTIE GRANT,           )<br>                         )<br>    Plaintiff,        )<br>                         )          CIVIL ACTION NO.<br>    v.                   )          2:06cv464-MHT<br>                         )              (WO)<br>                         )<br>ELI LILLY AND COMPANY, and )<br>YOLANDA McCAIN,          )<br>                         )<br>    Defendants.          ) | |

ORDER

It is ORDERED that the motion for stay (doc. no. 5) is granted and this cause is stayed pending MDL transfer. See, e.g., McCray-Martin v. Eli Lilly and Company, civil action no. 2:05cv1048-T (M.D. Ala. Nov. 22, 2005) (order staying case, including remand motion, pending MDL transfer); Muhammad v. Eli Lilly and Company, civil action no. 2:05cv1046-T (M.D. Ala. Nov. 22, 2005) (same).

DONE, this the 27th day of July, 2006.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE