

**August Marziliano/NYED/02/USCOURTS**
01/09/2007 07:36 AM

To: ALMDml_Civil Docclerks, Sharon Harris/ALND/11/USCOURTS@USCOURTS
cc:
bcc:
Subject: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

PLEASE FORWARD THIS E-MAIL TO THE APPROPRIATE DEPUTY CLERK. ALSO, IF YOU WOULD LIKE ME TO SEND FUTURE E-MAILS TO SOMEONE ELSE, PLEASE NOTIFY ME ACCORDINGLY.

In accordance with Conditional Transfer Order filed on 12-19-2006, the Eastern District of New York has opened the following case(s).

I have attached a copy of the Schedule which note your docket number(s), Case caption(s) and corresponding EDNY number(s).

I have also attached the Conditional Transfer Order. You may now close your case(s). We will capture a copy of the docket sheet and any necessary documents from your ECF system. You do not have to send us any documentation.

Thank You
August Marziliano
Administrative Assistant, Budget Analyst

   

cto-12-19-2006.pdf   cto-12-19-2006 edny numbers.pdf